**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FONTAINE EDMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E.A. SWEEN COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:22-cv-01515<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Please take Notice that Plaintiff Fontaine Edmond, individually and on behalf of all others similarly situated, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action without prejudice, each party to bear its own fees and costs.

Date:   April 5, 2022

Respectfully Submitted,

*/s/ Haley R. Jenkins*
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550 | 312.233.1560 *fax*
hjenkins@stephanzouras.com

**ONE OF PLAINTIFF'S ATTORNEYS**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on April 5, 2022, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

*/s/ Haley R. Jenkins*